No. 92–707. DUFFY ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, AS MANAGER OF THE FSLIC RESOLUTION FUND,

ET AL. C. A. 5th Cir. Certiorari denied.